UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61921-LEIBOWITZ/AUGUSTIN-BIRCH

**DENI SANTANA**,
    *Plaintiff*,

v.

**EQUIFAX INFORMATION SERVICES LLC,** *et al.*,
    *Defendants*.

_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*. On January 21, 2025, the undersigned ordered that Plaintiff shall submit a motion for default final judgment or notice of joint liability as to Defendant Experian Information Solutions, Inc. no later than February 11, 2025, and failure to do so may result in a dismissal without prejudice and without further notice as to Defendant Experian Information Solutions, Inc. [ECF No. 40]. To date, Plaintiff has failed to submit a motion for default final judgment or notice of joint liability as to Defendant Experian Information Solutions, Inc. Therefore, pursuant to the undersigned's January 21, 2025, Order [ECF No. 40], this matter is dismissed as to Defendant Experian Information Solutions, Inc. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** as to Defendant Experian Information Solutions, Inc.

**DONE AND ORDERED** in the Southern District of Florida on February 13, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record