**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 0: 24cv61921**

**DENI SANTANA,**

    **Plaintiff,**

 v.

**EQUIFAX INFORMATION SERVICES, LLC,**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**TRANSUNION, LLC. and**
**SPECIALIZED LOAN SERVICING, LLC.**

    **Defendant(s).**
_____/

**JOINT NOTICE OF PROPOSED SETTLEMENT**

    Plaintiffs hereby notifies the Court that Plaintiff **DENI SANTANA** and **EQUIFAX INFORMATION SERVICES, LLC** have settled this matter in principal and are awaiting the signature of those parties on the settlement documents. Plaintiff requests thirty (30) days to file the requisite dismissal notice.

Respectfully submitted this on the 4th day of April 2025.

| | |
|---|---|
| **DEBT SHIELD LAW** | **/s/ Paige Vacante , Esq.** |
| */s/ Kevin Rajabalee, Esq.* | Paige Vacante, Esq. |
| Fla. Bar. No. 119948 | Bar No. 1019135 |
| 3440 Hollywood Blvd., Suite 415 | pvacante@seyfarth.com |
| Hollywood, FL 33021 | SEYFARTH SHAW LLP 233 South |
| Main: 754-800-5299 | Wacker Drive Suite 8000 Chicago, |
| Direct: 954-667-3096 | Illinois 60606-6448 |
| Fax: 305-503-9457 | Telephone: (312) 460-5000 |
| kevin@debtshieldlaw,com | Facsimile: (312) 460-7000 |
| dayami@debtshieldlaw.com | ***Counsel for Defendant EQUIFAX*** |
| service@debtshieldlaw.com | ***INFORMATION SERVICES, LLC*** |
| ***Attorney for Plaintiff*** | |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 0: 24cv61921**

**DENI SANTANA,**

    **Plaintiff,**

**v.**

**EQUIFAX INFORMATION SERVICES, LLC,**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**TRANSUNION, LLC. and**
**SPECIALIZED LOAN SERVICING, LLC.**

    **Defendant(s).**

_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 4, 2025, I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Kevin Rajabalee,
Kevin Rajabalee,Esq

All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF.