UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0: 24cv61921

**DENI SANTANA,**

      **Plaintiff,**

v.

**EQUIFAX INFORMATION SERVICES, LLC,**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**TRANSUNION, LLC. and**
**SPECIALIZED LOAN SERVICING, LLC.**

      **Defendant(s).**

_____/

## JOINT NOTICE OF PROPOSED SETTLEMENT

      Plaintiffs hereby notifies the Court that Plaintiff **DENI SANTANA** and **TRANSUNION, LLC** have settled this matter in principal. Plaintiff requests thirty (30) days to file the requisite dismissal notice.

Respectfully submitted this on the 2nd day of May 2025.

**DEBT SHIELD LAW**
*/s/ Kevin Rajabalee, Esq.*
Fla. Bar. No. 119948
3440 Hollywood Blvd., Suite 415
Hollywood, FL 33021
Main: 754-800-5299
Direct: 954-667-3096
Fax: 305-503-9457
kevin@debtshieldlaw,com
dayami@debtshieldlaw.com
service@debtshieldlaw.com
*Attorney for Plaintiff*

*/s/ Charlotte Long.*
Charlotte Long, Esq.
Florida Bar No. 0112517
charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: 469-578-1464
*Counsel for Defendant Trans Union, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0: 24cv61921

**DENI SANTANA,**

    **Plaintiff,**

**v.**

**EQUIFAX INFORMATION SERVICES, LLC,**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**TRANSUNION, LLC. and**
**SPECIALIZED LOAN SERVICING, LLC.**

    **Defendant(s).**

_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 2, 2025, I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                     /s/Kevin Rajabalee,
                                                     Kevin Rajabalee,Esq

All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF.