UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61921-LEIBOWITZ/AUGUSTIN-BIRCH

**DENI SANTANA**,

    *Plaintiff,*

v.

**EQUIFAX INFORMATION SERVICES, LLC,** *et al.*,

    *Defendants.*

_____/

## ORDER

The parties filed a Joint Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC [ECF No. 62]. Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** *with prejudice* as to Defendant Equifax Information Services, LLC. Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in the Southern District of Florida on May 6, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record