UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61921-LEIBOWITZ/AUGUSTIN-BIRCH

**DENI SANTANA**,

    *Plaintiff,*

v.

**EQUIFAX INFORMATION SERVICES, LLC,** *et al.*,

    *Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court on the Mediation Report by Mediator Gregory P. Holder reporting that the remaining parties reached a full settlement of the matter, filed on May 28, 2025. [ECF No. 64]. Plaintiff and Defendant Specialized Loan Servicing, LLC, are hereby directed to file a stipulation of dismissal of all claims signed by all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure within thirty (30) days from the date of this Order. If such papers are not filed within the time specified, this matter will be dismissed as to Specialized Loan Servicing, LLC, and the Court will be divested of jurisdiction to enforce the settlement agreement.

The **Clerk of Court** is INSTRUCTED to ADMINISTRATIVELY CLOSE this case. All pending motions, if any, are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on May 28, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record